```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                              Case No. 10-cr-43-PB

**Louis Perez**


**O R D E R**


    The defendant has moved, through counsel, to continue the trial scheduled for June 2, 2010 for a period of 60 days to allow additional time to complete discovery and prepare a defense.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 2, 2010 to August 17, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The May 21, 2010 final pretrial conference is continued to July 23, 2010 at 2:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 5, 2010

cc: Henry Batchelder, Esq.
William R. DiCenzo, Esq.
Alfred Rubega, AUSA
United States Probation
United States Marshal